# United States Court of Appeals
## For the Eighth Circuit

—————————————————

No. 16-2621

—————————————————

Margaret Rae Foster

*Plaintiff - Appellant*

v.

Cerro Gordo County, an Iowa Municipal Corporation; City of Mason City, an Iowa Municipal Corporation; Roungaroun Phaiboun; Kevin Pals; Shad Stoeffler; Terry Allen Burns; Additional Unidentified Mason City Police Department Officers or Employees; Additional Unidentified Cerro Gordo County Jail Staff; Josh Stratmann; Brandon Neidermayer; Justin Faught; Chad Harkema; Rusty Pals; Brenda Crom; Marc Kappmeyer

*Defendants - Appellees*

—————————————————

No. 16-3195

—————————————————

Margaret Rae Foster

*Plaintiff - Appellant*

v.

Cerro Gordo County, an Iowa Municipal Corporation; City of Mason City, an Iowa Municipal Corporation; Roungaroun Phaiboun; Kevin Pals; Shad Stoeffler; Terry Allen Burns; Additional Unidentified Mason City Police Department Officers or Employees; Additional Unidentified Cerro Gordo County Jail Staff; Josh Stratmann; Brandon Neidermayer; Justin Faught; Chad Harkema; Rusty Pals; Brenda Crom; Marc Kappmeyer

*Defendants - Appellees*

———————

Appeals from United States District Court
for the Northern District of Iowa - Ft. Dodge

———————

Submitted: October 16, 2017
Filed: October 23, 2017
[Unpublished]

———————

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.

———————

PER CURIAM.

Margaret Foster appeals from the orders of the District Court granting summary judgment to defendants in her 42 U.S.C. § 1983 action claiming excessive force and deliberate indifference. We affirm the District Court. See 8th Cir. R. 47B. We deny as moot the pending motion.

KELLY, Circuit Judge, concurring in part, dissenting in part.

Because I believe there remain material facts in dispute regarding the claim of deliberate indifference against the jail nurse, I would reverse the grant of summary judgment on this claim. I otherwise concur.

_____